IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

In The Matter Of

$42,827.00 in U.S. CURRENCY SEIZED
FROM FIRST BANK ACCOUNTS OF
HEATH ATM, INC.,

and

$1,249,010.24 in U.S. CURRENCY.

Case No.: 1:23MC32

## MOTION FOR EXTENSION OF TIME TO FILE VERIFIED COMPLAINT OF FORFEITURE

NOW COMES the United States of America, by and through Sandra J. Hairston, United States Attorney for the Middle District of North Carolina, pursuant to 18 U.S.C. § 983(a)(3)(A), and respectfully moves the Court to extend the time within which to file a civil forfeiture complaint against the above-named property, to and including September 22, 2023, to allow for further review of the investigative file and evaluation of the administrative claims.

Consent to an extension was communicated by Kearns Davis on behalf of all persons and entities who submitted claims in the administrative proceedings.

WHEREFORE, the United States respectfully requests that the Court grant an extension of time to file a civil forfeiture Complaint against the above-named property until September 22, 2023.

A proposed Order is attached.

This the 23rd day of August, 2023.

Respectfully submitted,

SANDRA J. HAIRSTON
United States Attorney

*Lynne P. Klauer*

Lynne P. Klauer
Assistant United States Attorney
NCSB #13815
101 S. Edgeworth Street, 4th Floor
Greensboro, NC 27401
Phone: (336)333-5351
Email: lynne.klauer@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2023, the foregoing Motion for Extension of Time to file Verified Complaint of Forfeiture was filed with the Clerk of the Court, and I hereby certify that I have mailed the document to the following:

**Addressee:**

Deborah B. Barbier
1811 Pickens Street
Columbia, SC 29201
*Attorney for Heath ATM, Inc. and Robert Dale Young*

Kearns Davis
Brooks Pierce
2000 Renaissance Plaza
230 North Elm Street
Greensboro, NC 27401
*Attorney for Clarence Jernigan,
Randleman Storage, LLC and Heath Amusements, Inc.*

Respectfully submitted,

SANDRA J. HAIRSTON
United States Attorney

Lynne P. Klauer
Assistant United States Attorney
NCSB #13815
101 S. Edgeworth Street, 4th Floor
Greensboro, NC 27401
Phone: (336)333-5351
Email: lynne.klauer@usdoj.gov