IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

In The Matter Of :
: Case No.: 1:23MC32
:
$42,827.00 in U.S. CURRENCY SEIZED :
FROM FIRST BANK ACCOUNTS OF :
HEATH ATM, INC., :
:
and :
:
$1,249,010.24 in U.S. CURRENCY. :

## ORDER

Upon motion of the United States of America to extend the time within which to file a civil forfeiture Complaint against the above-named property to and including September 22, 2023, and the Court having considered same, it is hereby

ORDERED that the time within which the United States has to file a civil forfeiture Complaint in this action is hereby extended, to and including September 22, 2023.

This the _____ day of _____, 2023.

_____
UNITED STATES MAGISTRATE JUDGE